IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**RITA N. FLOYD**

**Petitioner,**

**vs.**                                                              Civ. No.07-886 MCA/WDS

**ALAN COOPER, Warden, et al.,**

**Respondents**

### ORDER

**THIS MATTER** came before the Court on Petitioner's Application for a Writ of Habeas Corpus filed under 28 U.S.C. § 2254. (Document No. 1) Respondent filed opposition to the Petition (Document No. 7) Having reviewed the record de novo and considered the United States Magistrate Judge's Proposed Findings and Recommended Disposition, and Petitioner's objections thereto, and being otherwise fully advised, I find that Petitioner's Application for a Writ of Habeas Corpus should be denied, and the petition should be dismissed with prejudice.

**WHEREFORE, IT IS ORDERED** that the findings and recommendations of the United States Magistrate Judge are adopted.

**IT IS FURTHER ORDERED** that Petitioner's Application for a Writ of Habeas Corpus is **DENIED,** and this matter is dismissed with prejudice.

SO ORDERED this 15th day of April, 2009.

_____
**HON. M. CHRISTINA ARMIJO**
**United States District Judge**